1
2
3
4                           UNITED STATES DISTRICT COURT

5                 IN AND FOR THE WESTERN DISTRICT OF PENNSYLVANIA

6

7   Dawn Salsberry                              Case No.:
                          Plaintiff
8                                               **NOTICE OF REMOVAL**
    Vs.
9
10  Fulton Friedman & Gullace LLP and
    Midland Funding, LLC
11                          Defendants
12

13  **TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF**

14  **PENNSYLVANIA:**

15          **PLEASE TAKE NOTICE** that Defendants, Fulton Friedman & Gullace LLP and

16  Midland Funding, LLC remove to this Court the state court action described below pursuant to

17  28 U.S.C. §§1331 and 1441(a).

18      1.  On or about August 16, 2011, Plaintiff, Dawn Salsberry commenced an action in the

19          Court of Common Pleas of Allegheny County, Pennsylvania, entitled *Dawn Salsberry*

20          *v. Fulton Friedman & Gullace and Midland Funding, LLC*.

21      2.  The Court of Common Pleas of Allegheny County, Pa. is a "state court" as that term

22          is used in 28 U.S.C. §1441(a).  Article V of the Pennsylvania Constitution provides

23          for a unified judicial system, as follows: "Section 1. The judicial power of the

24          Commonwealth shall be vested in a unified judicial system consisting of the Supreme

25          Court, the Superior Court, the Commonwealth Court, courts of common pleas,

            community courts, municipal and traffic courts in the City of Philadelphia, such other

courts as may be provided by law and justices of the peace.  All courts and justices of the peace and their jurisdiction shall be in this unified judicial system."

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b).  It is filed within 30 days after Defendant, Fulton Friedman & Gullace LLP received Plaintiff's Complaint, and at the same time as the filing of its Answer.

4. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §1331, which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."  Original jurisdiction exists in this Court because Plaintiff has asserted claims under the Fair Debt Collection Practices Act ("FDCPA").

5. The FDCPA, 15 U.S.C. §1692k(d), states: "An action to enforce any liability created by this title may be brought in any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction, within one year from the date on which the violation occurs."

6. A copy of this Notice of Removal has been filed with the Clerk of the Court of Common Pleas for Allegheny County, Pa.

7. Attached at Tab A is a copy of all process, pleadings, and orders served in this action.

WHEREFORE, defendants, Fulton Friedman & Gullace LLP and Midland Funding, LLC pray this action be removed from the Court of Common Pleas of Allegheny County, Pennsylvania to the United States District Court for the Western District of Pennsylvania, and that all further proceedings in the state court action be stayed.

/ / / /

/ / / /

/ / / /

/ / / /

1

Respectfully submitted this 6th day of September, 2011.

2

Fulton Friedman & Gullace, LLP

3

4

5

/s/David R. Galloway, PA 87326

6

130B Gettysburg Pike
Mechanicsburg, Pa. 17055

7

(866) 563-0809
(717) 620-8706

8

david@fultonfriedman.com
Attorney for Defendant

9

10

CERTIFICATE OF SERVICE

11

12

I certify that on the 6th day of September, 2011 I electronically transmitted the attached

13

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice
of Electronic Filing to the following CM/ECF registrants:

14

15

Clayton S. Morrow, Esq.
Morrow & Artim, P.C.
304 Ross Street, 7th Floor

16

Pittsburgh, PA 15219

17

18

/s/David R. Galloway

19

20

21

22

23

24

25